Jose NAVARRO TORRES, Petitioner,

v.

**Michael B. MUKASEY, Attorney General, Respondent.**

No. 06–73702.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 24, 2008.*

Filed Nov. 28, 2008.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed.

R.App. P. 34(a)(2).

Michael Franquinha, Esq., Aguirre Law Group, Phoenix, AZ, for Petitioner.

District Counsel, Office of the District Counsel, Department of Homeland Security, San Diego, CA, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Norah Ascoli Schwarz, Esq., Edward C. Durant, Esq., U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: ALARCÓN, LEAVY, and TALLMAN, Circuit Judges.

MEMORANDUM **

Jose Navarro Torres, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order summarily affirming an immigration judge's ("IJ") removal order. We have jurisdiction pursuant to 8 U.S.C. § 1252. We deny the petition for review.

In his opening brief, Navarro Torres failed to address the agency's dispositive finding that he is ineligible for cancellation of removal because he did not establish seven years of continuous physical presence pursuant to 8 U.S.C. § 1229b(a)(2). *See Martinez–Serrano v. INS,* 94 F.3d 1256, 1259–60 (9th Cir.1996) (issues not specifically raised and argued in a party's opening brief are forfeited). We therefore need not address Navarro Torres' contention regarding 8 U.S.C. § 1229b(a)(1).

**PETITION FOR REVIEW DENIED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

